July 03, 2009

Ms. Ida Cecilia Garza
Hole & Alvarez L.L.P.
612 W Nolana, Suite 370
McAllen, TX 78504
Mr. Francisco J. Rodriguez
Rodriguez Tovar & Lopez, LLP
1111 West Nolana
McAllen, TX 78504-3747

RE: Case Number: 08-0240
 Court of Appeals Number: 13-06-00495-CV
 Trial Court Number: C-1519-95-G(1)

Style: WILFREDO AVILES, M.D., AND WILFREDO AVILES, M.D., P.A.
 v.
 ALBERT AGUIRRE, ET AL.

Dear Counsel:

 Today the Supreme Court of Texas issued a per curiam opinion and
judgment in the above-referenced cause. The judgment is enclosed. You may
obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like an opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk
 by Claudia Jenks, Chief Deputy Clerk

Enclosure: Judgment
|cc:|Ms. Dorian E. |
| |Ramirez |
| |Ms. Laura Hinojosa|
| | |
| |Mr. Thomas F. Nye |